UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WEN LUO WANG,<br><br>    Petitioner,<br><br>    v.<br><br>DENNIS BURNS, et al.,<br><br>    Respondents. | No. CV 08-05464 TJH (JWJ)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |

    On October 22, 2008, Respondents filed a Notice Re: Release of Petitioner from Custody along with a supporting declaration. In the Notice, Respondents stated that on or about September 22, 2008, Petitioner was released from immigration custody and is currently under an order of supervision.

    Since Petitioner has obtained the relief sought, no case or controversy currently exists.  Thus, the issue related to Petitioner's immigration custody status is moot and the petition must be dismissed for lack of jurisdiction.

/ / /

LA08CV05464TJH-ORDDISM.WPD

1    IT IS THEREFORE ORDERED that Judgment be entered dismissing
2 this action for lack of jurisdiction.

3

4

5 DATED: November 4, 2008        _____
                                  UNITED STATES DISTRICT JUDGE
6
  PRESENTED BY:
7 THOMAS P. O'BRIEN
  United States Attorney
8 LEON W. WEIDMAN
  Chief, Civil Division
9
   /s/ *Jason K. Axe*
10 JASON K. AXE
   Assistant United States Attorney
11 Attorneys for Respondents

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28